UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES L. DAVIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>RETIREMENT PLAN OF PHIBRO ANIMAL HEALTH CORPORATION AND SUBSIDIARIES AND AFFILIATES, PHIBRO ANIMAL HEALTH CORPORATION, PRINCE AGRI PRODUCTS, INC., and PRINCE MINERALS, INC.,<br><br>       Defendants. | Case No. 08-cv-779-JPG |

## ORDER

This matter comes before the Court on the Memorandum and Opinion (Doc. 44) entered on May 14, 2009, that stayed this case for ninety days.  On August 17, 2009, the Court ordered that the case remain stayed until further direction from the Court.  Having received a joint Status Report (Doc. 46) from the parties and having held two conferences on the status of this case, the Court believes this case should resume.  Accordingly, the Court **LIFTS** the stay entered in its previous Memorandum and Opinion (Doc. 44) and extended in its Minute Order (Doc. 48).

**IT IS SO ORDERED.**
**DATED: September 25, 2009**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**