IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES L. DAVIS and JAMES R. WEEDE, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>RETIREMENT PLAN OF PHIBRO ANIMAL HEALTH CORPORATION AND SUBSIDIARIES AND AFFILIATES, PHIBRO ANIMAL HEALTH CORPORATION, PRINCE AGRI PRODUCTS, INC., PRINCE MINERALS, INC., JACK C. BENDHEIM, RICHARD G. JOHNSON, *and* DAVID C. STORBECK,<br><br>Defendants. | Case No. 3:08-cv-00779 |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is to be entered for the Defendants on Counts I and III. Counts II, IV, V, VI were dismissed. The Court dismissed Counts II, IV, and V with prejudice as it relates to Plaintiff Davis and without prejudice as it relates to Plaintiff Weede. Count VI is dismissed with prejudice as to both plaintiffs. The Defendants' Counterclaim against Plaintiff Weede is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: January 13, 2012**          <u>s/Brenda K. Lowe, Deputy Clerk</u>

**APPROVED**: <u>s/ J. Phil Gilbert</u>
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**